**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDWIN GIOVANNI YASELGA GONZALEZ,

Petitioner,

v. No. 1:26-cv-00777-DHU-LF

GEORGE DEDOS, Warden of Cibola County Correctional Center; MARY DE ANDA-YBARRA, Field Office Director of El Paso Field Office; TODD LYONS, Acting Director of ICE; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General,

Respondents.

## FINAL JUDGMENT

THIS MATTER is before the Court on the Order Granting Petitioner Edwin Giovanni Yaselga Gonzalez's Petition for Writ of Habeas Corpus ("Petition"). Doc. 13. On June 10, 2026, the Court **GRANTED** the Petition, making permanent the preliminary relief granted in the Court's Temporary Restraining Order, which ordered Petitioner's immediate release. *See* Doc. 7. Pursuant to that Order, Petitioner was released from immigration custody on March 26, 2026. Doc. 9 at ¶ 12.

As Petitioner requested to recover costs of suit in his Petition, the Court also directed Petitioner to file an application for costs pursuant to 28 U.S.C. § 2412 within thirty (30) days, which was on or before July 10, 2026. Doc. 13 at 5. Petitioner did not file an application for costs, and the deadline has now passed.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Edwin Giovanni Yaselga Gonzalez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED,** and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE